# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Lamar Cannady**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:22-cv-00163-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Polk County Jail, et al. | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order entered on 3/7/2023.

March 7, 2023

*Frank G. John*

Frank G. Johns, Clerk
United States District Court